■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY HODGES, Appellant. [869 NYS2d 343]

The defendant's waiver of his right to appeal was valid (*see People v Holman,* 89 NY2d 876, 878 [1996]; *People v Seaberg,* 74 NY2d 1, 11 [1989]), and precludes review of his challenge to the factual sufficiency of his plea allocution (*see People v Murphy,* 55 AD3d 930 [2008]; *People v McCarthy,* 53 AD3d 589 [2008]; *People v Wager,* 34 AD3d 505, 506 [2006]; *People v Curras,* 1

AD3d 445 [2003]) and his right to claim that the sentence imposed was excessive (*see People v Allen*, 82 NY2d 761, 763 [1993]; *People v Coss*, 309 AD2d 945 [2003]; *People v Acevedo*, 216 AD2d 476 [1995]). Mastro, J.P., Miller, Balkin and McCarthy, JJ., concur.